

FILED

OCT 2 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1:07-CR-00092 |
| vs. | ) | ORDER OF RELEASE |
| EDDIE LEONARDO GOIS, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on October 26, 2007,

IT IS HEREBY ORDERED that the defendant shall be released forthwith and report directly to the Fresno Rescue Mission Drug Treatment Program. A certified Judgment and Commitment order to follow.

DATED: October 26, 2007

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1